# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Harold Combs,

    Plaintiff,

        v.                         Case No.   1:12cv347

Sheriff, Hamilton Count, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 28, 2013 (Doc. 50).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 50) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 50) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 50) of the Magistrate Judge is hereby **ADOPTED.** Defendant Deputy Sheriff Oberlander's Motion for Judgment on the Pleadings (Doc. 41) is **GRANTED**.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation (Doc. 50) would not be taken in "good faith." *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

    **IT IS SO ORDERED.**

                              *s/Michael R. Barrett*
                              Michael R. Barrett
                              United States District Judge